UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00263-MOC-DCK

| | | |
|---|---|---|
| **HR OF CAROLINAS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SHELCO, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant Shelco, Inc.'s Motion for Summary Judgment and HR of Carolinas, LLC's Motion to Amend and Amended Motion to Amend. Having considered defendant HR's motions to amend, to which all parties consent, and plaintiff's representation that such amendment is made in good faith and that the parties are in agreement that such amendment moots Shelco's Motion for Summary Judgment (#43), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Shelco, Inc.'s Motion for Summary Judgment (#43) is **DENIED** as moot, HR of Carolinas, LLC's Motion to Amend (#46)  is **DENIED** as moot, and HR's Amended Motion to Amend (#47) is **GRANTED**, and HR is allowed 14 days within which to file its Amended Complaint as proposed.

The court notes that Shelco's Motion for Summary Judgment (#44) on its own counterclaims against Cam-Ful Industries, Inc., remains pending and that a reply to Cam-Ful's Response to that motion is due March 29, 2013.

Signed: March 22, 2013

Max O. Cogburn Jr.
United States District Judge