UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00263-MOC-DCK

| | | |
|---|---|---|
| **HR OF CAROLINAS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SHELCO, INC., et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on review of the trial setting. At the final pretrial conference, the parties asked for an adjournment so that defendants could discuss resolution of the pendent claim between them. While a stipulation of dismissal was filed as to the primary action, it does not appear that the parties have been able to resolve the remaining claim, despite very reasonable efforts and offers by respective counsel.

The court will, therefore, reconvene the final pretrial conference at calendar call, which begins at 9:30 a.m. on June 3, 2013. At such hearing, the defendants shall bring with them a person, be it a principal and/or carrier representative, who has full authority to resolve this claim. Failing resolution, the court will pick a jury in this matter that day.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Final Pretrial Conference is reconvened as provided in this Order.

Signed: May 30, 2013

Max O. Cogburn Jr.
United States District Judge